DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LEXI NEGIN, Bar# 250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ERIC SHANE DEDRICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERIC SHANE DEDRICK, ) <br> BILLY WAYNE MOORE, ) <br> ) <br> Defendants. ) <br> ) | CR. S-09-139 FCD <br><br> **STIPULATION AND ORDER** <br><br> DATE:  August 17, 2009 <br> TIME:  10:00 a.m. <br> JUDGE: Hon. Frank C. Damrell, Jr. |

   It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendants, ERIC SHANE DEDRICK by and through his counsel, LEXI NEGIN, Assistant Federal Defender, and BILLY WAYNE MOORE by and through his counsel, CHRISTOPHER COSCA, that the status conference set for Monday, August 17, 2009 be continued to Monday, October 19, 2009 at 10:00 a.m..

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

   It is further stipulated that the time period from the date of this

1  stipulation, August 12, 2009, through and including the date of the new
2  status conference hearing, October 19, 2009, shall be excluded from
3  computation of time within which the trial of this matter must be
4  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
5  (h)(7)(A)&(B)(iv)and Local Code T4 [reasonable time for defense counsel
6  to prepare].

8  DATED: August 12, 2009          Respectfully submitted,
                                    DANIEL J. BRODERICK
9                                   Federal Defender

10                                  /s/ Lexi Negin
                                    LEXI NEGIN
11                                  Assistant Federal Defender
                                    Attorney for Defendant
12                                  ERIC SHANE DEDRICK

13                                  /s/ Lexi Negin for
                                    CHRISTOPHER COSCA
14                                  Attorney for Defendant
                                    BILLY WAYNE MOORE

16  DATED: August 12, 2009          LAWRENCE G. BROWN
                                    United States Attorney
17
                                    /s/ Lexi Negin for
18                                  MICHAEL ANDERSON
                                    Assistant U.S. Attorney
19                                  Attorney for Plaintiff

21                              **O R D E R**

22     **IT IS SO ORDERED.**  Time is excluded from today's date through and
23  including October 19, 2009 in the interests of justice pursuant to 18
24  U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local
25  Code T4.

27  DATED: August 12, 2009
                                    _____
                                    FRANK C. DAMRELL, JR.
28                                  UNITED STATES DISTRICT JUDGE

2