```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LEXI NEGIN, Bar# 250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ERIC SHANE DEDRICK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 09-139-FCD |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER TO** |
| v. ) | **CONTINUE STATUS HEARING** |
| ) | |
| ERIC SHANE DEDRICK, ) | DATE: December 14, 2009 |
| BILLY WAYNE MOORE, ) | TIME: 10:00 a.m. |
| ) | JUDGE: Frank C. Damrell, Jr. |
| Defendants. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through MICHAEL M. BECKWITH, Assistant U.S. Attorney, and defendants, ERIC SHANE DEDRICK by and through his counsel, LEXI NEGIN, Assistant Federal Defender, and BILLY WAYNE MOORE by and through his counsel, CHRISTOPHER COSCA, that the status conference set for Monday, October 19, 2009, be continued to Monday, December 14, 2009, at 10:00 a.m.  The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, October 16, 2009, through and including the date of the

1  new status conference hearing, December 14, 2009, shall be excluded
2  from computation of time within which the trial of this matter must be
3  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
4  (h)(7)(A)&(B)(iv)and Local Code T4 [reasonable time for defense counsel
5  to prepare].

7  DATED: October 16, 2009          Respectfully submitted,
                                    DANIEL J. BRODERICK
8                                   Federal Defender

9                                   */s/ Lexi Negin*
                                    LEXI NEGIN
10                                  Assistant Federal Defender
                                    Attorney for Defendant
11                                  ERIC SHANE DEDRICK

13                                  */s/ Lexi Negin for*
                                    CHRISTOPHER COSCA
                                    Attorney for Defendant
14                                  BILLY WAYNE MOORE

16 DATED: October 16, 2009          LAWRENCE G. BROWN
                                    United States Attorney
17
                                    */s/ Lexi Negin for*
18                                  MICHAEL M. BECKWITH
                                    Assistant U.S. Attorney
19                                  Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including December 14, 2009, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: October 16, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE