DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LEXI NEGIN, Bar# 250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ERIC SHANE DEDRICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR.S-09-139-FCD |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO** |
| v. | ) | **CONTINUE STATUS HEARING** |
| | ) | |
| ERIC SHANE DEDRICK, | ) | DATE: February 22, 2010 |
| BILLY WAYNE MOORE, | ) | TIME: 10:00 a.m. |
| | ) | JUDGE: Frank C. Damrell, Jr. |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through MICHAEL M. BECKWITH, Assistant U.S. Attorney, and defendants, ERIC SHANE DEDRICK by and through his counsel, LEXI NEGIN, Assistant Federal Defender, and BILLY WAYNE MOORE by and through his counsel, CHRISTOPHER COSCA, that the status conference set for Monday, December 14, 2010, be continued to Monday, February 22, 2010, at 10:00 a.m.  The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, December 10, 2009, through and including the date of the

new status conference hearing, February 22, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A)&(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: December 10, 2009       Respectfully submitted,
                               DANIEL J. BRODERICK
                               Federal Defender

                               */s/ Lexi Negin*
                               LEXI NEGIN
                               Assistant Federal Defender
                               Attorney for Defendant
                               ERIC SHANE DEDRICK

                               */s/ Lexi Negin for*
                               CHRISTOPHER COSCA
                               Attorney for Defendant
                               BILLY WAYNE MOORE

DATED: December 10, 2009       BENJAMIN B. WAGNER
                               United States Attorney

                               */s/ Lexi Negin for*
                               MICHAEL M. BECKWITH
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including February 22, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: December 10, 2009.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE