```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LEXI NEGIN, Bar# 250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ERIC SHANE DEDRICK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>ERIC SHANE DEDRICK,<br>BILLY WAYNE MOORE,<br>　　　　Defendants. | CR.S. 09-139-FCD<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS HEARING**<br><br>DATE: April 19, 2010,<br>TIME: 10:00 a.m.<br>JUDGE: Frank C. Damrell, Jr. |

　　　It is hereby stipulated and agreed to between the United States of America through MICHAEL M. BECKWITH, Assistant U.S. Attorney, and defendants, ERIC SHANE DEDRICK by and through his counsel, LEXI NEGIN, Assistant Federal Defender, and BILLY WAYNE MOORE by and through his counsel, CHRISTOPHER COSCA, that the status conference set for Monday, February 22, 2010, be continued to Monday, April 19, 2010, at 10:00 a.m.  The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

　　　It is further stipulated that the time period from the date of this stipulation, February 18, 2010, through and including the date of the

```
1  new status conference hearing, April 19, 2010, shall be excluded from
2  computation of time within which the trial of this matter must be
3  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
4  (h)(7)(A)&(B)(iv)and Local Code T4 [reasonable time for defense counsel
5  to prepare].
6  DATED: February 18, 2010      Respectfully submitted,
7                                DANIEL J. BRODERICK
                                  Federal Defender
8
                                  /s/ Lexi Negin
9                                 LEXI NEGIN
                                  Assistant Federal Defender
10                                Attorney for Defendant
                                  ERIC SHANE DEDRICK
11

12                                /s/ Lexi Negin for
                                  CHRISTOPHER COSCA
13                                Attorney for Defendant
                                  BILLY WAYNE MOORE
14

15 DATED: February 18, 2010      BENJAMIN B. WAGNER
                                  United States Attorney
16
                                  /s/ Lexi Negin for
17                                MICHAEL M. BECKWITH
                                  Assistant U.S. Attorney
18                                Attorney for Plaintiff
```

## O R D E R

**IT IS SO ORDERED.** Time is excluded from today's date through and including April 19, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: February 18, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE