```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LEXI NEGIN, Bar# 250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ERIC SHANE DEDRICK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) | CR.S-09-139 FCD |
| Plaintiff, ) ) | **STIPULATION AND ORDER TO** |
| v. ) ) | **CONTINUE STATUS HEARING** |
| ERIC SHANE DEDRICK, ) BILLY WAYNE MOORE, ) ) | DATE: July 19, 2010, TIME: 10:00 a.m. JUDGE: Frank C. Damrell, Jr. |
| Defendants. ) _____ ) | |

It is hereby stipulated and agreed to between the United States of America through MICHAEL M. BECKWITH, Assistant U.S. Attorney, and defendants, ERIC SHANE DEDRICK by and through his counsel, LEXI NEGIN, Assistant Federal Defender, and BILLY WAYNE MOORE by and through his counsel, CHRISTOPHER COSCA, that the status conference set for Monday, April 19, 2010, be continued to Monday, July 19, 2010, at 10:00 a.m. The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, April 15, 2010, through and including the date of the new

1  status conference hearing, July 19, 2010, shall be excluded from
2  computation of time within which the trial of this matter must be
3  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§
4  3161(h)(7)(A)&(B)(iv)and Local Code T4 [reasonable time for defense
5  counsel to prepare].

6  DATED: April 15, 2010           Respectfully submitted,

7                                  DANIEL J. BRODERICK
                                   Federal Defender
8
                                   /s/ Lexi Negin
9                                  LEXI NEGIN
                                   Assistant Federal Defender
10                                 Attorney for Defendant
                                   ERIC SHANE DEDRICK
11

12                                 /s/ Lexi Negin for
                                   CHRISTOPHER COSCA
13                                 Attorney for Defendant
                                   BILLY WAYNE MOORE
14

15 DATED: April 15, 2010           BENJAMIN B. WAGNER
                                   United States Attorney
16
                                   /s/ Lexi Negin for
17                                 MICHAEL M. BECKWITH
                                   Assistant U.S. Attorney
18                                 Attorney for Plaintiff

19
20
21
22
23
24
25
26
27
28

2

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including July 19, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: April 15, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE