LAW OFFICES OF CHRIS COSCA
Chris Cosca    SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
BILLY WAYNE MOORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2;09-CR-0139 FCD |
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING AS TO BILLY WAYNE MOORE** |
| vs. | ) ) | |
| BILLY WAYNE MOORE, | ) ) ) | **Date:  October 4, 2010** **Time: 10:00 a.m.** **Judge: Hon. Frank C. Damrell, Jr.** |
| Defendant. | ) | |

## Stipulation

The parties, through their undersigned counsel, stipulate that the sentencing hearing currently scheduled for October 4, 2010, may be continued to October 12, 2010 at 10:00 a.m. Defense counsel is in trial and it will not be concluded by October 4, 2010.

The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

DATED: September 28, 2010         by:      /s/ Chris Cosca_____
                                                              CHRIS COSCA
                                                              Attorney for Defendant
                                                              BILLY WAYNE MOORE


DATED: September 28, 2010         by:      /s/ Chris Cosca for_____
                                                              MARY GRAD
                                                              Assistant U.S. Attorney


USA v. Moore- Stip. to Continue J&S              1

**ORDER**

Good cause appearing,

The sentencing hearing currently scheduled for October 4, 2010, is continued to October 12, 2010 at 10:00 a.m.

IT IS SO ORDERED.

DATED: September 28, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE